**Order entered September 24, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00846-CV

### IN THE INTEREST OF R.G.A.C.L.G., A CHILD

### On Appeal from the 301st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-15-17201

## ORDER

Both the clerk's record and the reporter's record in this case are overdue. By postcard dated September 3, 2019, we notified the Dallas County District Clerk that the clerk's record was overdue and directed him to file the clerk's record within thirty days. The Dallas County Clerk responded and notified the Court appellant had not paid for the clerk's record. By letter dated September 6, 2019, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. By letter dated September 10, 2019, appellant provided the Court with proof of payment for the clerk's record. Also by postcard dated August 3, 2019, we notified Shantel Beheler, Official Court Reporter for the 301st Judicial District Court, that the reporter's record was overdue and directed her to file the reporter's record within thirty days. Ms. Beheler has not responded to our notice regarding the reporter's record in this appeal.

Accordingly, this Court **ORDERS** the Dallas County District Clerk to file the clerk's record in this case within **TEN DAYS** of the date of this order.

We also **ORDER** Ms. Beheler, Official Court Reporter for 301st Judicial District Court to file, within **TEN DAYS** of the date of this order, either (1) the reporter's record; or (2) written verification that appellant has not paid for or made arrangements to pay for the reporter's record and that appellant has not been found entitled to proceed without payment of costs. *We notify appellant that if we receive verification he has not paid for or made arrangements to pay for the reporter's record and has not been found entitled to proceed without payment of costs, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:

Mary Brown
Presiding Judge
301st Judicial District Court

Felicia Pitre
Dallas County District Clerk

Shantel Beheler
Official Court Reporter
301st Judicial District Court


/s/     BILL WHITEHILL
JUSTICE